# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**GERALD LEE, et al.,**

      **Plaintiffs,**

      **v.**

**UNITED STATES OF AMERICA,**
**et al.,**

      **Defendants.**

**Case No. 2:17-cv-312**
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court upon Plaintiffs' Response to Show Cause (ECF No. 11), in which Plaintiffs assert that service to Defendants Dr. Guglielmi, Dr. Wallis, and Radiology Associates of S.E.O. has been satisfied in the state court action prior to the removal of the action to federal Court. Plaintiffs also assert that they do not oppose dismissal of their complaint without prejudice for lack of jurisdiction for the reasons set out in Defendant the United States' Motion to Dismiss for Lack of Subject-Matter Jurisdiction (ECF No. 5). The Court therefore **DISMISSES** without prejudice the Complaint in its entirety for lack of subject matter jurisdiction.

      **IT IS SO ORDERED.**


____7-31-2017____
**DATED**

~~signature~~
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT CHIEF JUDGE**