AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**GERALD LEE, et al.,**

      **Plaintiffs,**

  **v.**

**UNITED STATES OF**
**AMERICA, et al.,**

      **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 2:17-cv-312**
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

_____ **Jury Verdict.**  This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed July 31, 2017, JUDGMENT is hereby entered DISMISSING this case.**

Date:  July 31, 2017                            RICHARD W. NAGEL, CLERK

                                                    */S/ Melissa Saddler*
                                                    (By) Melissa Saddler
                                                     Courtroom Deputy Clerk