IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GERALD LEE**, *et al.*,

    Plaintiffs,

v.

**UNITED STATES OF AMERICA**, *et al.*,

    Defendants.

Case No. 2:17-cv-312
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on Plaintiffs' Motion to Correct Inadvertent Omission from the July 31, 2017 Order dismissing this action. (ECF No. 14.) The Court gave Defendants opportunity to respond to Plaintiffs' Motion if Defendants intended to oppose it. (ECF No. 15.) Defendants chose not to oppose Plaintiffs' Motion. For the reasons set forth in Plaintiffs' Unopposed Motion to Correct, the Motion is **GRANTED**. Accordingly, the clerk is **DIRECTED** to **REMAND** this case back to the Licking County Common Pleas Court for further proceedings as to the state court Defendants.

    **IT IS SO ORDERED.**

12-22-2017
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT CHIEF JUDGE**