.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Gerald Lee et al,**

    **Plaintiffs,**

                          **Case No.   2:17-cv-312**

    v.

**Genesis Hospital et al,**                    **Chief Judge Sargus**
                                                               **Magistrate Judge Deavers**

    **Defendants.**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed on 12/22/2017, this case is REMANDED to the Licking County Common Pleas Court for further proceedings as to the state court Defendants.

Date:   December 27, 2017

                                                       **Richard W. Nagel, Clerk of Court**

                                                       By:   _____s/ Eric Weitz_____
                                                                 Eric Weitz, Deputy Clerk